## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Amicus Wind Down Corporation, et al.,[1]<br><br>Debtors. | Case No. 11-13167 (KG)<br>(Jointly Administered)<br><br>Chapter 11 |
| SltnTrst LLC, dba Solution Trust, as Liquidating Trustee of Friendly's Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Stampede Meat, Inc.,<br><br>Defendant. | Adv. No. 13-52335 (KG) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

SltnTrst LLC, dba Solution Trust, as Liquidating Trustee of Friendly's Liquidating Trust (the "Plaintiff") and Stampede Meat, Inc. (the "Defendant" together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time for Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. On September 27, 2013, Plaintiff initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by the filing of an adversary *Complaint to Avoid Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 502 and to Recover Property Transferred Pursuant to 11 U.S.C. § 550* [Docket No. 1] (the "Complaint") against Defendant.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Amicus Wind Down Corporation f/k/a Friendly Ice Cream Corporation (3130); Amicus Restaurants Franchise Wind Down, LLC f/k/a Friendly's Restaurants Franchise, LLC (3693); Amicus Realty I Wind Down, LLC f/k/a Friendly's Realty I, LLC (2580); Amicus Realty II Wind Down, LLC f/k/a Friendly's Realty II, LLC (2281); and Amicus Realty III Wind Down, LLC f/k/a Friendly's Realty III, LLC (2583). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1855 Boston Road, Wilbraham, Massachusetts 01095.

2. On October 4, 2013, a *Summons and Notice of Pretrial Conference In an Adversary Proceeding* (the "Summons") [Docket No. 3] was filed setting the deadline to answer or otherwise respond to the Complaint for November 4, 2013.

3. The Parties have been in communication regarding a potential resolution of the Adversary Proceeding and to facilitate discussions regarding the same have agreed to an extension of time for Defendant to file an answer and/or otherwise plead in response to the Complaint.

4. Accordingly, Plaintiff and Defendant agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby extended to and including December 4, 2013.

5. Plaintiff and Defendant also agree and stipulate to waive the Court's April 7, 2004 General Order prohibition against stipulations for extensions of time to file responsive pleadings within less than ten (10) days before the initial pretrial conference in an adversary proceeding.

6. In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any issues with respect to service of process of the Summons and Complaint.

| | |
|---|---|
| Dated: October 30, 2013 | Dated: October 30, 2013 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| */s/ Ronald S. Gellert* <br> Ronald S. Gellert (DE 4259) <br> Brya M. Keilson (DE 4643) <br> 913 North Market Street, 10th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 425-5800 <br> Fax: (302) 425-5814 <br> E-Mail: rgellert@gsbblaw.com <br><br> and | */s/ Candice Korkis* <br> Candice Korkis, Esq. <br> 155 North Wacker Drive <br> Chicago, IL 60606-1720 <br><br> *Attorney for Defendant, Stampede Meat, Inc.* |

Joseph L. Steinfeld, Jr., MN SBN 0266292
Alex Govze, MN SBN 0388626
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
E-Mail: agovze@askllp.com

and

Edward E. Neiger, Esq.
Brigette G. McGrath, Esq.
Marianna Udem, Esq.
ASK LLP
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: bmcgrath@askllp.com

*Attorneys for Plaintiff, SltnTrst LLC, dba Solution Trust, as Liquidating Trustee of Friendly's Liquidating Trust*